FLORENCE C. HARRIS, as Administratrix with the Will Annexed of WINIFRED I. F. CARR, Deceased, Appellant, *v.* THE WESTMINSTER PRESBYTERIAN SOCIETY, Respondent.

(Argued December 13, 1935; decided January 8, 1936.)

*Arthur J. Foley* for appellant.

*S. W. Brennan* and *Everett F. Warrington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.